Michael Ray Scott
**Name**

501 N. Washington

Liberal, KS. 67901
**Address**

FILED

JUN 11 2024

Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| Michael R. Scott, Plaintiff | CASE NO. 24-3095-JWL |
| *(Full Name)* | (To be supplied by the Clerk) |
| V. | |
| Gene Ward, Defendant (s) | CIVIL RIGHTS COMPLAINT |
| Angie Davis | PURSUANT TO 42 U.S.C. |
| | §1983 |

### A. JURISDICTION

1) Michael Ray Scott, is a citizen of Kansas
   *(Plaintiff)* *(State)*

   who presently resides at 501 N. Washington

   Liberal, Kansas 67901 .
   *(Mailing address or place*
   *of confinement.)*

2) Defendant Gene Ward is a citizen of
   *(Name of first defendant)*

   Liberal Kansas , and is employed as
   *(City, State)*

   Sheriff . At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

   Seward County Sheriff is responsible
   for the care and custody of inmates.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

3) Defendant __Angie Davis__ is a citizen of
*(Name of second defendant)*
__Liberal KS.__ , and is employed as
*(City, state)*
__Facility Nurse__ . At the time the
*(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☑ No ☐ . If your answer is "Yes", briefly explain:

__Angie Davis is the facility nurse for Seward County Jail.__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

__Medical Malpractice, Legal Due Process Violation of 14th Amnd. 8th Amnd.__

### B. NATURE OF THE CASE

1) Briefly state the background of your case:

__Plaintiff has been denied proper Medical attention by Angie Davis and SCDC Staff. Cruel and Unusual punishment and Violation of Due Process in the 8th and 14th Amendments. Negligence and Medical Malpractice.__

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

### C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of the 14th Amnd. Due Process, ~~8th Amend~~

~~42 USC 1983 28 USC 1343~~

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Plaintiff filed several staff request, Medical request and grievances and denied proper due process, by staff. To follow-up with a gastric specialist

B) (1) Count II: Violation of the 8th Amnd. "Cruel and Unusual Punishment".

(2) Supporting Facts: Angie Davis and Gene Ward deliberately and intentionally withheld necessary medical treatment. And failed to comply with Health care Providers recommendations to follow up with gastric Specialists.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

C) (1) Count III: _Medical Malpractice, ~~28 U.S.C.~~_
~~1343, 42 U.S.C. 1983, legal Due process, violations of~~
~~the 14th Amendment & 8th Amendment~~

(2) Supporting Facts: _Augie Davis denied_
_proper Medical treatment as perscribed_
_by professional heath care provider,_
_and to set up appointments to seek treatments from gastric Specialists_

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _N/A_

   Defendants: _N/A_

   b) Name of court and docket number _N/A_

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

   d) Issues raised _N/A_

4

e) Approximate date of filing lawsuit _N/A_

f) Approximate date of disposition _N/A_

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☑. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_No Shit in the past five years_

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_$50,000,000 Money damages, Punitive and Injunctive Damages. P.T.S.D., Liver failure, Depression Mental Anguish, Pain and Suffering, emotional disstress, exemplary damages 1.35 billion Dollars._

_____N/A_____
Signature of Attorney (if any)

_Michael R. Scott_
Signature of Plaintiff

_____N/A_____

_____N/A_____

_____N/A_____
(Attorney's full address and telephone number)

XE-2 8/82 CIVIL RIGHTS COMPLAINT §1983

ON THE NIGHT OF 12-21-2022, MICHAEL R. SCOTT (PLAINTIFF) WAS ARRESTED ON A WARRANT IN LIBERAL KS. ON THE DAY OF 12-26-2022, MR. SCOTT ADVISED SEWARD COUNTY DETENTION CENTER (S.C.D.C.) OF HAVING ABDOMINAL PAINS. ON 12-28-2022, SCOTT WAS TAKEN TO SOUTHWEST MEDICAL CENTER IN LIBERAL KS VIA E.R. DUE TO MR. SCOTT SUFFERING SEVERE ABDOMINAL PAIN AND NAUSEA. DOCTOR PROCEEDED TO TAKE BLOOD TESTS AND EKG'S. ON 2-17-2023, MR. SCOTT NOTIFIED S.C.D.C. STAFF OFFICERS ON DUTY, MR. FRANCIS AND MR. HERMAN. MR. FRANCIS CONTACTED STAFF SARGEANT AND MEDICAL STAFF NURSE ANGIE DAVIS. MS. DAVIS ADVISED TO ADMINISTER BENADRYL EVERY TWO HOURS AS NEEDED. AT APPROXIMATELY 5:30 A.M THE NEXT DAY, MR. FRANCIS FOUND THE PLAINTIFF UNRESPONSIVE. MR. FRANCIS THEN PROCEEDED TO CHECK FOR VITALS ON PLAINTIFF. MR. FRANCIS STATED TO FIND NO PULSE AND NO BREATHING. MR. FRANCIS ALERTED STAFF AND PROCEEDED TO GIVE CPR. UPON ARRIVING TO THE SCENE, OFFICER HERMAN TOOK OVER TO CONTINUE ADMINISTERING CPR TO THE PLAINTIFF. UNTIL EMT ARRIVED. ONCE EMT WAS PRESENT, THEY WERE ADVISED BY STAFF NURSE DAVIS THAT THE PLAINTIFF HAD A HABIT OF FAKING SYMPTOMS. EMT THEN ADVISED DAVIS THAT PLAINTIFF SHOULD NOT *can be veiwed by Scda Davis or Ambulance Loading plaintiff, video footage* HAVE BEEN GIVEN BENADRYL TO ALLEVIATE SEVERE CHEST AND STOMACH PAIN WHICH WAS ADMINISTERED TO THE PLAINTIFF BY STAFF WHICH LED TO LIFE THREATENING

ALTERATION TO BREATHING AND HEART RHYTHM. EMT ALSO STATED THAT PLAINTIFF SHOULD HAVE NEVER BEEN GIVEN CPR ADMINISTERED BY S.W.D.C. STAFF DUE TO THE FACT THAT PLAINTIFF HAD FAINT PULSE. THIS ACTION RESULTED IN PLAINTIFF RECEIVING FRACTURES TO THE CHEST/RIB AREA WHICH ARE CONFIRMED BY DOCTORS, CATSCANS, X-RAYS AND EMT STATEMENTS ON THIS FACT. DR. MITCHELL, DR. MUHAMMED, DR. HAWK, DR. JABEL HAVE STATED ON S.W.M.C. (SOUTHWEST MEDICAL CENTERS) RECORDS/FILES ON TESTS DONE ON PLAINTIFF THAT SHOW POSITIVE ANALYSIS FOR HEPATITIS-TYPE C. ON 3-28-2023 AND 9-12-2023, DR. JABEL CAME TO SEE PLAINTIFF AT S.C.D.C. FACILITY TO CONFIRM ONGOING SEVERE ABDOMINAL PAIN, NAUSEA, SPIDER VEINS IN ANKLE AREA AND SEVERE SKIN ITCHINESS WERE IN FACT SYMPTOMS OF HEP-C. ON THE DAY OF 3-24-2024, THE PLAINTIFF WAS TAKEN TO S.W.M.C. VIA ER DUE TO SEVERE VOMITING AND DIARRHEA, AND HIGH FEVER. SGT HARP PHOTO DOCUMENTED THE BLAKISH COLOR OF SWOLLEN ANKLES ON PLAINTIFF. ON THE DAY OF 3-26-2024, S.C.D.C. OFFICER KAELAN MARTINEZ ACCOMPANIED THE PLAINTIFF TO HAVE A SONOGRAM DONE AT S.W.M.C. OFFICER MARTINEZ WAS PRESENT WHEN S.W.M.C. CERTIFIED TECH STATED THAT THE PLAINTIFF HAS PROFOUND VISABLE SCARRING ON ENLARGED LIVER DUE TO HEPATITIS-C. BEING LEFT UNTREATED OVER 500 DAYS. THIS BEING THE CAUSE TO CONSTANT MEDICAL PAIN AND SUFFERING BEING THE EFFECT AND FOUNDATION.

DUE TO THE FACT AS THE S.C.D.C. ADMINISTRATION PUTTING OFF THE RECOMMENDED ADVICE OF ALL PLAINTIFF'S DOCUMENTED VISITS TO E.R. AT SOUTHWEST MEDICAL CENTER IN LIBERAL KS AND AS STATED ON NUMEROUS DATES. THAT INMATE SCOTT FACT NEEDED TO BE SEEN BY A GASTRIC SPECIALIST TO ACQUIRE GENEOLOGY OF SCOTT HEP-C TO TREAT THE CORRECT STRAIN AND DIAGNOSE IT PROPERLY. EVERY VISIT THE S.C.D.C. MEDICAL STAFF WAS AWARE OF THIS OBVIOUS TRUE PATTERN THAT PLAINTIFF'S FACT DOCUMENTED VISITS LED UP TO THIS POINT. NOW THE PLAINTIFF SUFFERS SEVERE DIARRHEA, SEVERE ITCHY SKIN, SEVERE VOMITING AND NOW BLACK TAR COLORED STOOL. WHICH AS DR. RILEY STATED TO THE PLAINTIFF ON THE 5-14-2024 FACILITY VISIT. ALL THIS IS DUE TO THE FACT THE S.C.D.C. NOT FOLLOWING THE RECOMMENDATIONS OF OVER SIX DOCTORS AND NOW THE PROLONGED TIME OF OVER 540 DAYS OF AS RILEY STATED HER HANDS ARE TIED DUE TO FACT S.C.D.C. CLEARLY FAILING TO COMPLY. PLAINTIFF ADVISED MEDICAL STAFF DAVIS THAT DUE TO THE NOW VERY SERIOUS STATE OF PLAINTIFF'S LIVER, HE ADVISED HER SHE HAD HIS PERMISSION TO GIVE THE ADMINISTRATION THE SERIOUSNESS OF THIS MATTER. DAVIS ADVISED SHE COULD NOT LET ADMINISTRATION HAVE THIS INFORMATION DUE TO HIPPA. SO PLAINTIFF ADVISED LAWYER SHE STATED IN A LETTER SHE HAS NO CONTROL OVER MY MEDICAL. SO AS PLAINTIFF'S SYMPTOMS NOW OF SEVERE DIARRHEA BLOOD NOW IN STOOL, SKIN THAT IS SO ITCHY ON LEGS THAT SKIN TEARS WHILE SCRATCHING TO GET RELIEF. SWELLING IN ANKLES

AS NOW BLACKISH IN COLOR AND TERRIBLE SPIDER VEINS NOW VERY PROFOUND AND THE ABDOMINAL PAIN NOW SO SEVERE ITS HARD TO SLEEP. ANXIETY AND STRESS HAS BECOME MENTALLY EXHAUSTING. I HAVE NOW PUT IN MEDICAL REQUESTS 4/29/24; 5/14/24; 5/21/24; 5/22/24; 5/28/24. INMATE REQUESTS: 5/24/24; 5/25/24; 5/30/24; AND GRIEVANCES ON 4/25/24; 5/24/24; 5/24/24; 5/28/24. ALL OF THESE DOCUMENT THE PAIN AND ONGOING SYMPTOMS. I, THE PLAINTIFF, PRAY THE COURT SEES THE TRUE FOUNDATION OF THE CAUSEING FACTS BEING THAT OVER 540 DAYS NOW, I HAVE BEEN THE RESPONSIBILITY OF THE S.C.D.C. FACILITY. I FEEL THE ABSENCE OF POLICY AND PROCEDURE DEALING WITH CONDITIONS OR ROUTINES, WHICH BECAUSE OF THEIR ABSENCE OF POLICY AND PROCEDURES CAUSED EXISTING CONDITIONS OR ROUTINES TO BE HARMFUL OR CAUSING INJURY TO THE WELFARE AND SAFETY OF THE PLAINTIFF. THUS BEING STATED IN THE S.C.D.C HANDBOOK. I, THE PLAINTIFF, PRAY THE COURT SEES THE OBVIOUS NEGLECT AND LACK OF CONCERN OF PLAINTIFF'S ONGOING MEDICAL ISSUES WHICH NOW HAVE MADE A PERMANENT FACTOR IN THE PLAINTIFF'S LIFE. DUE TO THE SERIOUSNESS OF THE CURRENT STATE OF LIVER WHICH COULD NOW LEAD TO CIRRHOSIS WHICH AS ALL THE MEDICAL FACTS ON RECORD POINT TO THE HEP-C. VIRUS CONTINUES TO CAUSE THE PLAINTIFF'S HEALTH WITH SIGNIFICANT COMPLICATIONS TO NOW THE REST OF MY LIFE, NOT ONLY MENTALLY, PHYSICALLY AND EMOTIONALLY TO HAVE LONG TERM LIFE CUT SHORT POSSIBLY DUE TO THE FACT NEITHER ANGIE DAVIS EVER TRIED TO TAKE THE SERIOUSNESS TO THE ADMINISTRATION CONCERNING THE PLAINTIFF'S OBVIOUS

ESCALATING SYMPTOMS THAT NOW ARE 3/4 STAGE OF 5 STAGES OF LIVER PROBLEMS. AS THE ADMINISTRATIONS, LACK OF CONCERN TO THE OBVIOUS CONTINOUSLY ONGOING FACT VISITS TO ER. I, THE PLAINTIFF, PRAY THE COURTS SEE THIS FACT OF NEGLECT ON SHERIFF GENE WARD WHOSE RESPONSIBILITY FOR THE CARE AND CUSTODY OF HIS INMATES IN HIS FACILITY. HIS RESPONSIBILITY FOR MAKING SURE NOT ONLY THE PLAINTIFFS BASIC NEEDS ARE MET BUT MEDICAL NEEDS ABOVE ALL. I, THE PLAINTIFF, PRAY THE COURT AND HONORARY JUDGE SEE THESE RESULTING FACTS OF THE PLAINTIFFS WELFARE WAS CLEARLY ABSENT IN WHICH THE ACTIONS OF GENE WARD AND ANGIE DAVIS BOTH SWORN TO UPHOLD THEIR DUTIES TO ONES RIGHTS HAVE SHOWN TO BE NOT ONLY UNJUSTIFIED AND UNREASONABLE BUT HAVE NOW WITHOUT QUESTION ALLOWED THE PLAINTIFFS EXISTING CONDITIONS TO BE PERCEIVED AS HARMFUL OR WITH THE ONGOING LACK OF THEIR GENE WARD. SHERIFF AND ANGIE DAVIS THE SCDC MEDICAL STAFF HAS NOT ONLY DELIBERATELY AND/OR INTENTIONALLY WITHELD THE PLAINTIFF'S NECESSARY MEDICAL TREATMENTS CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT UNDER THE 8TH AMENDMENT BY ALL STATE AND FEDERAL HEALTH AND SAFETY RULES. AS NOW THE MEDICAL FACTS PROVE TRUE FROM 12/28/2022 THROUGH THE PRESENT THAT DECISIONS ABOUT THESE MATTERS ARE FACTS ENTRUSTED TO ANGIE DAVIS BEING THE S.C.D.C. MEDICAL STAFF NURSE AND ALSO TO GENE WARD THE SHERIFF AND FACTS AS DOCUMENTED THAT THE PLAINTIFF BEING AN ACTIVE INMATE OF THE S.C.D.C. FROM 12/21/2022 THROUGH THIS DATE OF 6/3/2024. THE PLAINTIFF HAVING NO CONTROL OVER HIS MEDICAL NEEDS AS STATED TO ANGIE DAVIS. THE PLAINTIFF BY BOTH DR. JABEL

AND MRS RILEY. THE PLAINTIFF NEED TO FOLLOW UP WITH A GASTRIC SPECIALIST TO GET THE GENEOLOGY TYPE OF HEP-C TO GET THE PROPER TREATMENTS AND MEDICATIONS NEEDED. I, THE PLAINTIFF, PRAY THE COURT SEES THAT THE TRUE FACT BEING GENE WARD AND ANGIE DAVIS BOTH FACTS IGNORED THE CONSULTATION ADVISE OF SIX DOCTORS. CONSULTATION IS THE KEY TERM HERE WHICH BEFORE MAKING ANY DECISIONS ABOUT THE PLAINTIFF'S HEALTH SHOULD HAVE HAD A S.C.D.C. ADMINISTRATION MEETING TO REVIEW THEIR OPTIONS AND THE LIKELY CONSEQUENCES OF EACH WHICH I, THE PLAINTIFF, AND MEDICAL AND STAFF LOGIS AND RECORDS PROVE THAT UPON ARRESTING PLAINTIFF, THE S.C.D.C. FACILITY BEING UNDER SHERIFF GENE WARD'S CARE AND HIS TRUSTED STAFFS CARE. PERSONALLY, I, THE PLAINTIFF, WILL TESTIFY AT TRIAL THAT THE DECISIONS THAT WERE MADE OR OVERLOOKED HAS MEDICAL FACTS THAT HAVE NOW PUT MY LIFE AT SERIOUS RISK OF DEATH OR PERMANENT LIVER DAMAGE. ALL MY TO-DATE ATTEMPTS TO BRING THE SERIOUSNESS OF THESE MEDICAL FACTS HAVE BEEN PUT OFF OR MADE TO BE FRIVOLOUS OR MADE FOR IMPROPER PURPOSES BY THE STAFF MEMBERS. I, THE PLAINTIFF, PRAY THE COURTS SEE THAT THE PLAINTIFF'S ABILITY TO OFFER THE CONCRETE PROOF THAT THE COMMUNICATIONS AND THE ONGOING DEVELOPMENTS OF THE FACTS PROVEN THE LACK OF PROFESSIONAL CONDUCT OF NOT ONLY GENE WARD BUT THAT ALSO OF ANGIE DAVIS WITH ALL THE REASONABLE REQUESTS FOR HELP, RELIEF FROM SUFFERING, PROPER MEDICATIONS FOR PAIN THEY HAVE NOW PERMANENTLY WITH OBVIOUS CONFLICTS OF INTEREST AGAINST THE PLAINTIFF FAILED TO RESUME RESPONSIBILITY OR TO SUCCESSFULLY COMPLY WITH THE PLAINTIFF'S HEALTH PROVIDER'S RECOMMENDATIONS OF GETTING PLAINTIFF

TO A SPECIALIST. I, THE PLAINTIFF, PRAY THAT THE HONARY JUDGE SEES THROUGH ALL THE FACTS OF THE MEDICAL RECORDS, S.C.D.C. STAFF LOGS, LIBERAL FIRE AND E.M.S. REPORTS AS ALL THE DOCTOR'S NOTES ON ALL PLAINTIFF'S SAID ONGOING SWMC VISITS. THAT GENE GENE WARD AND ANGIE DAVIS HAS FACTS PROVEN VIOLATED NOT ONLY THE PLAINTIFFS CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS AND HUMAN RIGHTS BUT THEY HAVE TAKEN ADVANTAGE OF SCOTTS LIFE AND THE TRUE SERIOUSNESS OF MEDICAL FACTS EFFECTS OF HEP-C IN THE CHRONIC STATE AS NOW THE PLAINTIFF'S MEDICAL CONDITION PROVES TRUE. THE PLAINTIFF HAS MENTAL ANGUISH FROM BEING TIRED OF BEING TIRED DUE TO LACK OF TREATMENT FOR THE PAIN AND NIGHTLY SUFFERING THAT HAS BEEN ALLOWED TO CONTINUE AND PROGRESS TO WORSE STAGES AS MEDICAL FACTS SHOW HEP-C IS A VIRAL INFECTION THAT CONTINUALLY SPREADS THROUGHOUT ONE'S LIVER. IN PLAINTIFF'S CASE THE HEP-C TREATMENT COULD HAVE BEEN ALLOWED WEEKLY INJECTIONS AND/OR ORAL MEDICATIONS THAT OVER SIX MONTHS COULD HAVE POSSIBLY BEEN TREATED. NOW DUE TO THE FACTS PROVEN MEDICALLY THAT BECAUSE OF GENE WARD'S AND ANGIE DAVIS'S LACK OF CONCERN WHICH IF YOU ALLOWED THE DATE/TIME LAPSE AND THE DOCUMENTED PROGRESS OF THE INFECTIOUS HEP-C'S GROWTH IN PLAINTIFF'S LIVER AND THE NOW OBVIOUS SCARRING THAT CERTIFIED SWMC TECH'S SEEN VIA SONOGRAMS DONE AS WELL AS X-RAYS AND CAT SCANS ALSO PERFORMED. BECAUSE OF THEIR, GENE WARD AND ANGIE DAVIS, OBVIOUS FAILURE TO COMPLY WITH THE PLAINTIFFS HEALTH CARE PROVIDERS HAVE FACT NOW PRODUCED UNACCEPTABLE LONG TERM SIDE EFFECTS AND POSITIVE SIDE EFFECTS THAT NOW THE

PLAINTIFF'S LIVER MAY NOW HAVE SERIOUSLY PROGRESSED TO LIVER CANCER OR CIRRHOSIS WHICH AS STATED BY DR. RILEY ON THE PLAINTIFF'S 5/14/2024 VISIT. DR. RILEY CAN ONLY DO SO MUCH DUE TO THE PLAINTIFF BEING AN ACTIVE INMATE IN THE CARE AND RESPONSIBILITY OF SHERIFF GENE WARD TO ALLOW OR IMPLY OR COMPLY WITH THE DOCTOR'S RECOMMENDATIONS FOR FURTHER CARE FOR PLAINTIFF'S MEDICAL ISSUES. I, THE PLAINTIFF, PRAY THAT THE HONORARY JUDGE AND COURTS ALLOW THE FACTS AND CONDUCTS PROVEN TRUE THAT GENE WARD AND ANGIE DAVIS HAVE WITH THE INTENT TO DEPRIVE THE PLAINTIFF PERMANENT MEDICAL CARE WHILE THE PLAINTIFF FACT IS AND HAS BEEN THEIR RESPONSIBILITY DUE TO COSTS OF STATED MEDICALLY NEEDED TREATMENTS AND FURTHER STATED APPOINTMENTS AS ADVISED BY THE PLAINTIFF'S HEALTH CARE PROVIDERS TO SEE A GASTRIC SPECIALIST. I, THE PLAINTIFF, PRAYS THE COURT SEES THE BURDEN OF PROOF OF HAVING PROVIDED THE MEDICAL RECORDS AND FACTS TO SATISFY EACH ELEMENT BY EXAMINING THE MEDICAL RECORDS, TESTS, ETC. AND ALSO THE S.C.D.C. STAFF LOGS AND INMATE REQUESTS, GRIEVANCES AND THE LIBERAL FIRE AND RESCUE E.M.S. REPORTS. THE DUE PROCESS OF THE PLAINTIFF'S WELFARE AS THE FACTS PROVE THAT GENE WARD AND ANGIE WARD HAD A FAIR AND JUST OPPORTUNITY TO COMPLY WITH THE PLAINTIFF'S HEALTH CARE PROVIDERS RECOMMENDATIONS FOR THE PLAINTIFF TO SEE A SPECIALIST TO RECIEVE THE PROPER MEDICATION AND TREATMENTS. THEIR, GENE WARD AND ANGIE DAVIS, PROOF OF NEGLECTING THESE RECOMMENDATIONS, REPEATED FACTUAL ERRORS AND THE OBVIOUS LACK OF FACT CONCERN ABOUT THE

PLAINTIFF'S MEDICAL ISSUES AFTER THE SOLID FOUNDATIONS AND FACTS BURDEN OF PROOFS ON THE PLAINTIFF'S BEHALF AND THEIR LACK OF FOLLOWING THEIR OWN SET AND STATED RULES IN THE S.C.D.C. HANDBOOK GENE WARD'S OPENING STATEMENTS THAT HE IS RESPONSIBLE FOR THE CARE AND CUSTODY AS WELL AS THE BASIC NEEDS OF HIS INMATES WHICH THE PLAINTIFF NOW HAVING BEEN IN GENE WARD'S CARE SINCE 12/21/2022 NOT ONCE BEING ALLOWED TO BOND OUT OR ALLOWED THE STATED TIME INCARCERATED. THE PLAINTIFF HAS COMPLIED IN RESPECT OF THE COURTS TO TRUTHFULLY AND RESPECTFULLY MEET ALL THESE BURDENS WITH RESPECT TO ALL AND ANY ONE ELEMENT. I, THE PLAINTIFF, PRAY TO HAVE SATISFIED THE HONORARY JUDGE'S AS WELL AS THE RESPECTED COURTS BURDEN BY PROVIDING THE TRUE AND SATISFYING ELEMENTS, FACTS, EVENTS. I, THE PLAINTIFF, PRAY THAT THE HONORARY JUDGE AND COURTS SEE AND ALLOW THE EVIDENCE PROVIDED TO BE RELEVANT THAT A LOGICAL CONNECTION HAS BEEN SHOWN BETWEEN THE EVIDENCE THE PLAINTIFF IS OFFERING AGAINST GENE WARD AND ANGIE DAVIS IS FACT RELEVANT AND THE FACTUAL ISSUES ARE OFFERED AND I, THE PLAINTIFF, PRAY THAT THE JUDGE AND COURTS RESPECTFULLY ALLOW THE PLAINTIFF'S CHARACTER CREDIBILITY DUE TO TRAIT AND HONESTY BASED ON EVIDENCE PROVIDED. I, THE PLAINTIFF, PRAY ALSO THE HONORARY JUDGE AND COURTS SEE THE OBVIOUS AS FACTS STATED THE LACK OF CONCERNS FROM GENE WARD AND ANGIE DAVIS TO PROMPTLY COMPLY WITH

REASONABLE REQUESTS OF THE PLAINTIFF'S CONCERNS FOR HIS HEALTH OR THE FACTS STATED RECOMMENDATIONS OF THE PLAINTIFF'S HEALTH CARE PROVIDERS. NOT ONLY HAS THE POOR OR THE LACK OF PROFESSIONAL COURTESY AS THEIR PUBLIC POSITIONS HAS CLEARLY DEMONSTRATED NOW DUE TO THEIR LACK OF CONCERN FOR THE PLAINTIFF'S LIFE, HEALTH, MENTAL STATE AND EMOTIONAL VALUES HAVE BEEN FOREVER CHANGED MEDICALLY AND PHYSICALLY DUE TO FACTS STATED IN THIS LAWSUIT AND ALSO IN THE HEART AND SUFFERING OF THE PLAINTIFF'S FUTURE NOW AS A RESULT ON THEIR LACKING OF PROFFESIONAL RESPONSIBILITIES THAT OF A PUBLIC OFFICE HOLDER WITH AND UNDER SWORN STATE AND FEDERAL LAWS AND GUIDELINES. AND FURTHERMORE THEIR LACK AND RESPONSIBILITY TO MAKE INFORMED DECISIONS REGARDING NOT ONLY THE SAFETY OF THE PLAINTIFF BUT ALSO THE NECESSARY CHOICES TO VALUE THE PLAINTIFF'S WELL BEING. I, THE PLAINTIFF, PRAY THAT I HAVE EXPLAINED AND/OR INFORMED THE HONORARY JUDGE AND THUS DEMONSTRATING RESPECTFULLY TO THE COURTS TO THE EXTENT NECESSARY FOR THE HONORARY JUDGE TO PERMIT THE PLAINTIFF TO BE AWARDED SETTLEMENTS FOR THE ABOVE STATED SUITS, FACTS, LOSSES, AND FUTURE AND ALSO THE HONORARY JUDGE TO ALLOW THE PLAINTIFF'S PLEA FOR THE COURTS COMPASSION ON THE FACTS THAT NOW THE PLAINTIFF HAS FOR THE REST OF HIS LIFE. SUFFERING FROM THE NEGLECT AND UNPROFESSIONAL ACTIONS, FACTS PROVEN TRUE FROM THE SOUND MIND OF GENE WARD AND ANGIE DAVIS'S LACK OF REGARD OR CONCERN FOR THE PLAINTIFF'S HEALTH AND FUTURE

I, THE PLAINTIFF, PRAY THE HONORARY JUDGE AND COURTS TO ALLOW AND SEE THE NECESSARY REASON FOR THIS EXTENSION OF THESE KEY POINTS. AND DEVELOPMENTS RESPECTFULLY DEMONSTRATING THE INFORMED NOW BEYOND ME TERM OF RESPECT OR ANY INFORMED MANNER OF PROFESSIONALISM DISPLAYED BY THE MEDICAL APPOINTMENT THIS FOURTH DAY OF JUNE WITH THE PLAINTIFF'S HEALTH CARE PROVIDER. UPON ENTERING THE NURSE STAFF STATION, THE PLAINTIFF WAS ADVISED BY SARGEANT HALL TO SIT ON THE EXAM TABLE WHERE DR. RILEY STATED THAT DUE TO AS THE ABOVE STATEMENTS ARE TRUE FACTS AND OF THE OBVIOUS ALIENATED FROM THE PREVIOUS VISIT OF MAY 14, 2024 WHERE HER CONCERNS WERE FOR THE OBVIOUS SERIOUSNESS AS STATED PLAINTIFF'S LIVER FAILURE DUE TO COMMENTS MADE BY DR. RILEY STATING THAT SHE PULLED PLAINTIFF'S SONOGRAM RESULTS WHICH SHE READ FROM A PAPER NO OBVIOUS FACT PHOTOS, WHICH THE MAIN PURPOSE IS TO PRODUCE A FULL DEEP, RICH IMAGE. STATED THAT THERE WAS NO SCARRING ON THE PLAINTIFF'S LIVER. AS, PLAINTIFF CLEARLY STATED IN THE TRUE FACTS STATED ABOVE IN THE NATURE OF THIS CASE, MEDICAL REQUESTS, INMATE REQUESTS, GRIEVANCES AND FACTS PROVIDED UPON THIS STATEMENT BOTH SGT HALL AND ANGIE DAVIS STATED THAT'S WHY TECH'S SHOULD NOT GIVE MEDICAL STATEMENT WHICH IN A MEDICAL REQUEST FROM PLAINTIFF ON 5/15/2024 AT 4:11 PM PLAINTIFF STATES: I AM GIVING THE ADMINISTRATION PERMISSION TO ACCESS ALL MY MEDICAL RECORDS SO I CAN RECIEVE MY DOCTOR RECOMMENDED TREATMENTS, PLEASE AND THANK YOU. ON 5/16/2024 AT 10:02AM, ANGIE DAVIS

COMPLETED THIS REQUEST BY STATING THIS IS SOMETHING PLAINTIFF'S ATTORNEY WOULD HAVE TO HANDLE. ON 5/14/2024 AT 3:52 PM PLAINTIFF'S STATED IN MEDICAL REQUEST: I DID AND ALL I'M TRYING TO SAY IS THAT AS MRS. RILEY DID FACT STATE THAT ALL THE SYMPTOMS THAT I'M CURRENTLY ADVISING HER AS SHE ALSO STATED SHE AS YOU HEARD GOING TO GO PULL MY MEDICAL RECORDS, SONOGRAMS M.R.I.'S AND SAID BLOOD WORK AND SHE CLEARLY STATED THE SYMPTOMS YES THAT I ADVISED SHE WORKED ON BUT THEY ARE. SHE ALSO STATED DUE TO MY HEP-C AND LIVER ISSUES AND NEEDS ADDRESSED I'M JUST SCARED AS I STATED TO HER CAN NOW OVER THIS TIME TELL THE DIFFERENCE IN MYSELF OKAY SORRY FOR CONFUSING YOU AND SHE STATED SHE WOULD FOLLOW UP NEXT TUESDAY RIGHT, I'LL HAVE HER THEN EXPLAIN THIS MATTER FURTHER TO ADMINISTRATION IT IS A VIOLATION OF YOUR HIPAA. THE PLAINTIFF RESPECTFULLY PRAYS THE HONORARY JUDGE AND COURTS THAT IF ANGIE DAVIS WAS FACT CONCERNED ABOUT PLAINTIFF'S RIGHTS AND AS ABOVE STATED AGAINST HIPAA TO DISCLOSE, PLAINTIFFS MEDICAL, WHY THEN WAS FACTS SGT L. HALL FACT PRESENT IN THE EXAM ROOM AS FACT ANGIE DAVIS AND SGT HALL STATING THE FACT THAT PLAINTIFF HAD FACT PRODUCED THE STATEMENT THAT OFFICER KAELEN MARTINEZ WAS PRESENT ON 3/24/2024 WHEN THE S.W.M.C. TECH DID FACT STATE THE OBVIOUS CHANGE IN PLAINTIFF'S LIVER DUE TO LACK OF TREATMENT OVER SAID TIME FACT ~~CERTIFIED~~ ~~NOW~~ SCARRING VISIBLE WHICH THE SWMC TECH IS FACT CERTIFIED AND MEDICALLY TRAINED IN HER POSITION OF STAFF TECH AT SOUTHWEST MEDICAL CENTER TO WHERE ANGIE DAVIS OR SGT L. HALL HAVE FACT NO MEDICAL SPECIALTIES OR

CERTIFIED MEDICATION AIDE QUALIFICATIONS. THE PLAINTIFF PRAYS THE HONORARY JUDGE AND COURTS EXCUSE PLAINTIFF DEFENSIVE REMARKS BUT NOW DUE TO THE OBVIOUS SUDDEN TURN OF EVENTS BUT THAT ARE TRULY UNBEARABLE MENTALLY BY PLAINTIFF, PROOF SURPASSES THE QUESTION NOW AS STATED BY MRS. RILEY AND ANGIE DAVIS, SGT L. HALL THAT THERE IS NO MEDICAL PROOF NOW AT SWMC RECORDS THAT PLAINTIFF FACTS WAS DIAGNOSED WITH HEP-C FACT BEING AS PLAINTIFF PLEADS AND PRAYS THE HONORARY JUDGE AND COURTS SEE THE OBVIOUS CAUSE IS THAT PLAINTIFF NOW SEEKING RELIEF THE S.CD.C. FACILITY STILL TRYING TO AS STATED BY ANGIE DAVIS THIS JUNE 4TH 2024 THAT THE SYMPTOMS THAT THE SC.DC. AND S.W.M.C. HAVE BEEN FACT DOCTORING AND GOING OFF OF WAS AS SHE STATED THE DIAGNOSIS OF PLAINTIFF ON HIS MEDICAL SYMPTOMS THAT FACTS PROVEN ON E.R. VISITS OF PLAINTIFF DUE TO ONCE AGAIN SEVERE ABDOMINAL PAINS, SEVERE DIARRHEA, NAUSEA, SEVERE VOMITING, FEVER, ITCHINESS WAS ADMITTED; AND BLOOD TESTS STOOL SAMPLES, EKG'S, MRI's, CAT SCANS, SONOGRAMS OVER THE PERIOD OF 2/18/2023 THROUGH 2/20/2023 MR#M000161921; V00033159732, ROOM/BED 45B-1 MED CAM. PLAINTIFF WAS FACT AS HE ADVISED BOTH DR. MITCHELL AND DR. RIZWAN MUHAMMED BOTH MEDICALLY CONCLUDED THAT PLAINTIFFS ONGOING SYMPTOMS WAS FACT DUE TO, AS DR MITCHELL CLEARLY STATED BECAUSE THE PLAINTIFF STATED TO BOTH DOCTORS MITCHELL AND MUHAMMAD THAT IN 2017 PLAINTIFF WAS ORDERED UNDER COURTS AND THE SUPERVISION OF CIMMARON BASIN COMMUNITY CORRECTIONS KAYLA JANKO OFFICER. TO ATTEND DRUG TREATMENT AT DCCA FACILITY IN WICHITA KS WHICH UNDER THESE TERMS AND PLAINTIFF IN THEIR CARE AS

DOCUMENTED BY NOT ONLY DCCA, CIMMARRON BASIN CORRECTIONS AND THE HEALTH CARE FACILITY AND THE K.U. MEDICAL CENTER. FACT WAS PROVEN. PLAINTIFF THEN HAD ACTIVE HEP-C. WHICH PLAINTIFF PRAYS THE HONARY JUDGE AND COURTS TO SEE THE FACTS THAT NOT ONLY THE K.U. MEDICAL CENTER IN WICHITA KS AND BOTH DR MITCHELL AND DR MUHAMMAD OF SWMC. PLAINTIFF ASKS THE HONORARY JUDGE TO CLEARLY SEE THE NOW ALIENATION OF PLAINTIFF'S FOR OVER 540+ DAYS OF TREATMENTS, E.R. VISITS, NUMEROUS AS STATED DOCTORS FACTS DOCUMENTED TO NOW THIS DAY OF JUNE 4TH 2024 MRS. RILEY STATING THERE IS NO MEDICAL RECORD OF PLAINTIFF HAVING HEP-C WHICH ANGIE DAVIS STATED WHEN ASKED BY PLAINTIFF THEN WHY ALL THE MONTHS OF PAIN AND SUFFERING NOW OBVIOUSLY PROFESSIONALLY OUT OF CONTROL AND UNDER SO MANY FACTS UNHUMAN AND CRUEL TREATMENT BOTH MENTALLY BUT NOW PERMANENTLY FOREVER CHANGING NOT ONLY THE HEALTH BUT THE OVERALL EFFECT OF THE NOW OUT OF CONTEXT EXTENT OF MENTAL ANGUISH AND MENTAL TORTURE DUE TO THE OBVIOUS STATED UNPROFESSIONALISM WHICH NOW PLAINTIFF HAS A DOCUMENTED BOTH BY STATEMENTS, FACILITY REQUESTS, FACT PROVEN MEDICAL RECORDS, WHO HONESTLY WHY WOULD THEY HIDE THE NOT ONLY DOCTORS RECOMMENDATIONS AND DIAGNOSIS OF DRS MITCHELL, MOHAMMAD, THE K.U. MEDICAL CENTER AND HEALTH CARE BOTH OF WICHITA KS, TO THIS NOW SUDDEN POINT ONCE AGAIN OF DAVIS STATING THAT NOW SYMPTOMS BEING TREATED WAS PRESENTED BY THE PLAINTIFF IN FRONT OF S.C.D.C. OFFICER CISNEROS. THE PLAINTIFF CONCLUDES THAT THE FACTS PROVEN TRUE BY THE TRUE DIAGNOSIS OF THE ABOVE

STATED FACILITIES AND HOSPITAL RECORDS WHICH WILL DOCUMENT THE TRUTH TO PLAINTIFF'S STATEMENTS WHICH THE COURTS HAVE THE POWER TO GET THE NEEDED FACTS PROVEN TRUE AND THE PLAINTIFF PRAYS THE HONORARY JUDGE AND COURTS TO SEE THE SERIOUSNESS NOT ONLY IN THEIR ACTIONS NOW OF TRYING TO NOW CHANGE OR HIDE A CERTIFIED DR'S DIAGNOSIS AND RECOMMENDATIONS DUE TO THEIR OBVIOUS LACK OF PROFESSIONALISM WHICH HONESTLY THE PLAINTIFF NOW MENTALLY AFRAID OF LOSING NOT ONLY HIS FREEDOM DUE TO FACTS PROVEN TRUE NUMEROUS VIOLATIONS UPON PLAINTIFF'S RIGHTS NOT ONLY AS A CERTIFIED CHEROKEE NATIVE AMERICAN BUT THOSE OF ETHICAL AND CONSTITUTIONAL DUTIES THAT WE ARE SUPPOSED TO TRUST OUR RIGHT TO THESE PEOPLE DUE TO THEIR PUBLIC PROFESSIONAL DUTIES OF THE OFFICES AND POSITIONS THAT UPON THEM TAKING SHOULD HAVE REMORSE FOR NOT ONLY NOW MENTALLY AND PHYSICALLY CHANGING TO THE FACTS THEY ARE SUPPOSED TO BE THERE FOR US TO TRUST TO RIGHTFULLY AND RESPECTFULLY WITH COMPASSION FOR LOVE, LIFE, AND LIBERTY. THE PLAINTIFF PRAYS THAT THIS MATTER BE INVESTIGATED NOT ONLY FOR PLAINTIFFS WELL BEING BUT THOSE OF MANY OTHERS WITH SIMILAR CASES.

City of Norman v. Helm, 291 P.3d 640
(Okla. Civ. App. 2012)
Post-traumatic Stress Disorder

(12) Regarding the nature of P.T.S.D.,
Dr. Wilson states in his medical report,
"[p]er the Mayclinic.com [sic]",

PTSD symptoms result when a traumatic
event causes and [sic] overactive adrenaline
response creating neurological patterns
in the brain that persist long after the
triggering event. PTSD will display
biochemical changes in the brain and body
that differ from other psychiatric disorders
and reveal a low secretion of cortisol
and high secretion of catecholamines in
the urine. The causes of PTSD anxiety
can be caused by the brain not being
able to regulate the chemicals and
hormones ones body uses in response to
stress.... Therefore, the alteration in the
chemicals released can cause permanent
chemical changes in the brain and body
resulting in permanent disability and
should, therefore, be considered an
anatomical abnormality of the brain.

(13) At this deposition, Dr. Wilson stated
that, for people suffering from PTSD,

"there are at least three diffrent centers of the brain [ the prefrontal cortex, amygdala and hippocampus] which... have been shown to have subsequent changes, both in their actual anatomy and in their neural chemical makeup."