**Scott,Michael**
M/M 05/27/1974 48 QT ADMITTED - 02/18/23 ROOM/BED -
MR# M000161921

V00033159732



**KANSAS MEDICAL CENTER CLINIC**
10111 E 21ST ST N, STE 310
WICHITA, KS 67206

IF PAYING BY CREDIT CARD, FILL OUT BELOW

CHECK CARD USING FOR PAYMENT ☐ MasterCard ☐ DISCOVER NETWORK ☐ VISA ☐ AMERICAN EXPRESS

CARD NUMBER | | | | | | | | | | | | | | | |   EXP. DATE  M M Y Y

SIGNATURE

## PATIENT STATEMENT

ⓘ For help with billing questions, please call:
(316) 500-8696

| | Page 1 of 1 |
|---|---|
| **Addressee** | |

**Statement Number** 150413965 | **Due Date** 07/19/2023 | **Amount Due** $262.50 | **Amount Paid** $

**Please make checks payable and remit to:**

MICHAEL SCOTT
501 N WASHINGTON AVE STE 101
LIBERAL KS 67901-3484

**KANSAS MED CTR LLC KMC PHYSICIANS**
PO BOX 268953
OKLAHOMA CITY OK 73126-8953

☐ Check if address/insurance changes are on back

*Please detach and return top portion with payment.*

| Statement Number | Guarantor Name | Statement Date | Due Date |
|---|---|---|---|
| 150413965 | MICHAEL SCOTT | 06/28/2023 | 07/19/2023 |

| Date | Service Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| | **Date of Service (02/18/23 - 02/20/23) MICHAEL SCOTT - No Insurance** *Provider: QADDOUR, AHMAD MD Loc: ANDOVER MEDICAL CLINIC* PROFESSIONAL OR PHYSICIAN FEES | $262.50 | | |
| | **VISIT TOTAL** | | | $262.50 |
| | Thank you for choosing a Kansas Medical Center Physician Clinic. It has been 90 days since we first sent notice of your financial responsibility and a balance remains. If payment in full is not made or no payment plan has been established in the next 5 days, your account will be considered for collections. Please contact us as soon as possible to make payment in full or set up a formal payment plan. | | | |

## MESSAGES

Total Charges: ..............................$262.50
Insurance Payments/Adjustments: .............$0.00
Patient Payments/Adjustments: .................$0.00

**AMOUNT DUE:** **$262.50**

KANSAS MED CTR LLC KMC PHYSICIANS | PO BOX 268953 | OKLAHOMA CITY OK 73126-8953 | **(316) 500**-8696