# Seward County Jail

## Forms Detail Report

### 6403
### Medical Request
Submitted: 7/1/2024 5:37 PM

**Complete**
Processed: 7/3/2024 10:31 AM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
7/1/2024

Please explain your request, include additional information. and describe your symptoms:
Angie,may i please have a list of my medications, i have been prescrided and their puposes , what they used for ...thank you

Explanation Continued

### Responses

copies are 50 cents each. you would need to pay for that in advance before any copies are made. thank you.
*Angela Davis @ 7/3/2024 10:31 AM*

---



**EXHIBIT R**

# Seward County Jail

 

## 5606
## Medical Request
Submitted: 5/30/2024 4:34 PM

**Complete**
Processed: 6/3/2024 6:54 AM

### MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
5/30/2024

Please explain your request, include additional information. and describe your symptoms:
Okay thank you ,,iwas just stateing why i dont ask for more than the prescribed pills and thank you for confirming,im doing the right thing buy not taking more than i need

Explanation Continued

### Responses

you're welcome
Angela Davis @ 6/3/2024 6:54 AM



**EXHIBIT R**

# Seward County Jail

# Forms Detail Report

### 5602
### Medical Request
Submitted: 5/30/2024 3:21 PM

**Complete**
Processed: 5/30/2024 3:44 PM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
5/30/2024

Please explain your request, include additional information, and describe your symptoms:

Angie i feel as is the ibuprofen that i can take at the inbetween med line not helping so ,,also im trying to not take as many pills as Mrs.Riley stated ,,,,do you agree with this or should i still take them,,sorry the pain now is more constant annd server and this is mentaly drainig me ,,,thank you for getting me on the care provider list also

Explanation Continued

### Responses

with you taking naproxen, you shouldn't take ibuprofen in between. that is too many NSAID's and can cause upset stomach and diarrhea.
*Angela Davis @ 5/30/2024 3:44 PM*



**EXHIBIT R**

# Seward County Jail

**Forms Detail Report**

### 5538
### Medical Request
Submitted: 5/28/2024 9:49 AM

**Complete**
Processed: 5/28/2024 10:08 AM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

**Fields**

Unit/Cell:
D22

Date your symptoms started:
12/18/2022

Please explain your request, include additional information, and describe your symptoms:

Im tired of this pain,,im tired of the scdc staff thinking that my symptoms are not serious and i want to see my health care provider because i do not appriciate the fact that my liver is as Mrs.Riley and all the fact certified tests,catscans ,and blood tests all prove true facts .my liver shutting down is causeing the foundation of my ongoing medical issues,,the true fact is as all six doctors stated thank you and they all stated that the saying that you keep saying that my color is not yellow so i am okay is as the trained medical staff and doctors stated false that my liver developing the over time of neglect from not the proper medical treatments is as fact now scarring of my liver which is very serious and in no way can i make up these symptoms or in any way can i fake all the tests and blood work so yes i will make sure this goes beyond just trying to get you to see the changes in my symptoms to now where you in your position has fact put my medical fact of symptoms in further

Explanation Continued

Risk saying that im fakeing my symptoms or my symptoms are nnot sserious,,,yes my symptoms are way more serious than sargent chacons gall bladder i have all the medical facts in my records to prove this statements true and fact medicaly proven so im not going to argue the fact of this stupid actions when obviously something more seriois as occured now so i will now pursue a diffrent route and file everything i can cause i dont appciate or think that you Ms.Davis making statements about me fakeing my symptoms when i have for over a week now been trying to bring to light a new pain level

**Responses**

never once have i stated to you or anybody that you are "faking" anything. please do not put words in my mouth that i did not say. i will add you to the list to be seen again by our provider.
*Angela Davis @ 5/28/2024 10:08 AM*



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

### 5436
### Medical Request
Submitted: 5/22/2024 12:15 PM

**Complete**
Processed: 5/24/2024 2:21 PM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
5/22/2024

Please explain your request, include additional information, and describe your symptoms:

Okay angie so this pain i have ,its very painful and constant ,,,its bad enough i want to throw up or cry,so can we please get this addressed its been gradualy been getting worse since i put in to see Mrs.Riley,,Ms.Davis im being serious this pain is very bad and its now very strong pulsating on my lower right side throug h too my back ,,,please i cant sit up cause it hurts ,,i cant lay down cause it hurts okay please

Explanation Continued

### Responses

Heidi prescribed naproxen BID for the pain.
*Angela Davis @ 5/24/2024 2:21 PM*


**EXHIBIT R**

# Seward County Jail

 

### 5415
## Medical Request
Submitted: 5/21/2024 5:34 PM

**Complete**
Processed: 5/22/2024 7:14 AM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
5/21/2024

Please explain your request, include additional information, and describe your symptoms:

Okay,,,so how have i not taken them ,,,i go to morning med ,,night med line ,,,,i asked you other day about the afternoon med line you never stated was supposed to take anything then,,,so are they not being passed because i go to both med lines that im supposed too and never refuse my meds

Explanation Continued

### Responses

they are prescribed as needed. you have to ask for them.
*Angela Davis @ 5/22/2024 7:14 AM*



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

**5412**
## Medical Request
Submitted: 5/21/2024 2:29 PM

**Complete**
Processed: 5/21/2024 2:37 PM

### MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
5/21/2024

Please explain your request, include additional information, and describe your symptoms:

Angie,this embarissing and it has lasted over 3 days now,,i was trying to give it few days since Mrs.Riley changed my meds,,but im still not sleeping no matter how i lay still very uncomfrotable and i am still having the server dihareaa, its now changed to kinda blackish and it smells like death,,i have my self raw from using this toleit paper so much and i now have the pulsating pain in my stomach area as the other times,and i have on left side a new pain,sorry not trying to be gross or unpleasent ,,thank you

Explanation Continued

### Responses

i notice per the bubble pack of medication specifically for diarrhea that Heidi prescribed to you, you have not taken ANY.
*Angela Davis @ 5/21/2024 2:37 PM*



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

5307
### Medical Request
Submitted: 5/15/2024 4:11 PM

**Complete**
Processed: 5/16/2024 10:02 AM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
5/15/2024

Please explain your request, include additional information, and describe your symptoms:
I am giving the administration permission to access all my medical records,so i can recieve my doctor recomended treatments,please and thank you

Explanation Continued

### Responses

this is something that your attorney will need to handle for you.
*Angela Davis @ 5/16/2024 10:02 AM*



**EXHIBIT R**

## Seward County Jail

## Forms Detail Report

**5277**
**Medical Request**
Submitted: 5/14/2024 4:18 PM

**Complete**
Processed: 5/15/2024 3:23 PM

### MICHAEL RAY SCOTT

Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
12/28/2022

Please explain your request, include additional information, and describe your symptoms:

Okay this is what im trying to figure out if i give you permission ,Angie can you ,,,look im just trying to bring this to their attention Ms.Davis because of the truth and facts that this is very serious,okay and my lawyer did mention that if the administration stated something of my medical could help me get to where i can get the treatment for this hep c ,,,,cause as we are aware im not faking the constant pain now and the other issues,,,,,thank you angie and please understand my point,,this is very serious matter and obvesously it has gotten worse and its messing with my head angie,,i cant sleep no postion is comfortable,,and my mental health now is tearing me down,,,meaning angie this is the most devastating event in my life ,,,i know that drug use now further will kill me ,,,,and now im in postion to where nobody believes me or my side totally messing with my mind,,,see where

Explanation Continued

### Responses

if your attorney is needing any information, it can be subpoenaed.
*Angela Davis @ 5/15/2024 3:23 PM*



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

### 5275
### Medical Request
Submitted: 5/14/2024 3:52 PM

**Complete**
Processed: 5/14/2024 3:54 PM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
12/28/2022

Please explain your request, include additional information, and describe your symptoms:

i did and all im trying to say,,is that as Mrs.Riley did fact state that all the present and effects are all medicaly proven from my hep c,, and as you heard i specifically asked her to make sure that the administration knows the true fact as Mrs.Riley stated at my visit as medical facts state all the symptoms that i am currently adviseing her as she said due to my liver scarring and as she also stated she as you heard going togo pull my medical records,,sonograms,m.r.i's and said blood work and she clearly stated the symptoms yes that i advised she working on but they are as she also stated due to my hep c and liver issues,,,,sorry angie im not disrespectig u or trying to put you on the sppot as you heard in the visit this is a serious issue and needs addressed im just scared as i stated to her can now over this time tell the diffrence in myself okay sorry for confusing you and she stated she would follow up next tuesday right,,,ill have her then explain thismatter further to admini..

Explanation Continued

### Responses

we do not disclose medical information to administration. it is a violation of your HIPAA.
*Angela Davis @ 5/14/2024 3:54 PM*

---


**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

5273
## Medical Request
Submitted: 5/14/2024 2:26 PM

**Complete**
Processed: 5/14/2024 3:32 PM

## MICHAEL RAY SCOTT
Location:  E Pod / Commons
Identifier:  39351
Gender:  Male
Birthdate:  5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
12/28/2022

Please explain your request, include additional information, and describe your symptoms:

Sorry but i just want to get this straight ,you are saying that Mrs.Riley did not state earlier in my medical visit that all these symptoms that i am having all these ongoing effects is not due to as she clearly just stated caused by my long suffering hep c,,,your saying Mrs.Riley did not just tell me these are fact as she clearly stated from the hep c ,,i have

Explanation Continued


### Responses

please reread my reply.
*Angela Davis @ 5/14/2024 3:32 PM*



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

### 5270
### Medical Request
Submitted: 5/14/2024 1:01 PM

**Complete**
Processed: 5/14/2024 1:16 PM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
12/28/2022

Please explain your request, include additional information, and describe your symptoms:

Angie im trying to follow policy and procedures,im as i stated to Mrs.Riley bring to the attention of the administration,and my lawyer,and the D.A. office,angie as you clearly heard Mrs.Riley state that the symptoms, that she medicaly stated was fact due to my hep c,which now as noted in scdc,medical and my inmate phone records and that of every visit to swmc has facts been blood in stool, and server diahrrea,server vomiting swellon ankles and skin torn due to the effects as Mrs.Riley stated that the ongoing untreated hepc now has scarring of my liver which as she stated in front both us very serious this is medical fack stages of liver faliure,cirrhosis,as the scdc officer marteniz(the younger one on Ms.Halls crew )herself personaly heard the swmc tech state the obvious now deep scarring of my liver...Angie im just trying to bring this to their attention because as you heard Mrs.Riley is serious and needs attention server enough now as you heard to keep close eye for blood in stool

Explanation Continued

To watch for increase in blood in stool and Angie i honestly need to support me because as you heard her state these things as serious and fact diffently needs attention could easliy lead to liver cancer now,,,im asking because they asume i am not serious about this medical fact and im not just trying to make up the seriousness angie this has really not only mentally but phsicaly changed my life,i could posssiably as you know and heard suffer real bad effects,,i need them to know the true facts im not lying or just saying my life is fact in jepordy and i need this medical treatment now not another montjs or weeks,,,my life i see now in the hands of this outcome and god,angie im notmaking this up to get out and go right back to it....ill die if this is not addressed and i diffently dont deserve that over some out of line charges,,please see the truth and let me know how to go about this cause you also heard this real now

### Responses

you saw Heidi Riley today and she is treating all of your symptoms. Heidi said nothing about cirrhosis. Heidi said that taking more NSAIDs than needed can cause blood in the stool and to monitor that on your own and if that is something that you notice, to STOP taking NSAIDs. your ankles were not swollen. you stated that they were itchy. Heidi prescribed hydroxyzine for that. i do not get involved with attorneys
*Angela Davis @ 5/14/2024 1:16 PM*


**EXHIBIT R**

## Seward County Jail

 

### 4981
**Medical Request**
Submitted: 4/29/2024 2:33 PM

**Complete**
Processed: 4/29/2024 2:42 PM

### MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
12/28/2022

Please explain your request, include additional information, and describe your symptoms:

Mrs.Davis,,i have some concerns that,I would like to share with you please,as you are well aware of my current ongoing med.issues i am having the server diarrhea,and same stomach pains as stated on all my visits,12-28-22,,2-18-23,,,,and as sargent harp photo documented 3/23/24 about my legs,ankle,areas swelling and now they appear like a dark, blueish black color,,,angie im not trying to use this in any way to get out of any pending charges but as Mrs.Marteniz (the one still here on Sargent Halls crew)can fact state that the swmc tech giving me my sonogram clearly stated too us ,,while performing that fact the scareing on my liver has spread considerably,,,and fact over documented visits,over 18 months now of untreatment of hep c.,and also showing 3 gullstones,,

Explanation Continued

Can you get me in to see Mrs.Riley ,,please ,i can feel the difference in my body now over this said period of time im avaraging the server diarrhea at least 3-5 times every hour or two, i will start keep track as of now just in case it helps ,,,but please im getting figue,very itchy skin i have my ankles destroyed,,and now angie its like i cant remember or like confusion,,does that make since,,im not crazy(lol) okay but seriouess bout this its cause me server ptssd also ,,,,please see the seriusness and truth angie please and thankyou

### Responses

i will add you to the list to be seen by our provider.
*Angela Davis @ 4/29/2024 2:42 PM*



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

**3859**
**Medical Request**
Submitted: 3/18/2024 4:18 PM

**Complete**
Processed: 3/19/2024 8:51 AM

### MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

**Fields**

Unit/Cell:
D22

Date your symptoms started:
1/18/2024

Please explain your request, include additional information, and describe your symptoms:
I was hoping i could get a new mat,please i been here 16 months j weight 250# and im over fifty ,,mine is causing my hips to bevery sore and causeing lakofsleep please

Explanation Continued

**Responses**

i have multiple people asking for a new mat. i do not control the mats. our jail is almost at capacity and our mats are running low. you will need to ask an officer.
*Angela Davis @ 3/19/2024 8:51 AM*



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

2320
## Medical Request
Submitted: 1/9/2024 2:58 PM

Complete
Processed: 1/16/2024 11:14 AM

## MICHAEL RAY SCOTT
Location:  E Pod / Commons
Identifier:  39351
Gender:  Male
Birthdate:  5/27/1974

**Fields**

Unit/Cell:
D22

Date your symptoms started:
1/6/2024

Please explain your request, include additional information, and describe your symptoms:

I can no longer smell,,or taste and im am really worried about my care, due to fact being if my hep c is bad enough to have already put me in the hospital,,and 3 doctors saying my immune system was a direct result, even if i am not yellow they have all stated their concerns,,and noone was planning on me still being in here,,,i have done so much in my time here to bring serious actions to light that as this last time with taqawecha going to tryto strangle one of you,,,so please keep all this in mind i fell maybe i should see a doctor boutme having covid please this is a very serious health risk for me due to pror results of my health please

Explanation Continued

**Responses**

you tested positive while i was out. COVID has nothing to do with HepC
*Angela Davis @ 1/16/2024 11:14 AM*



**EXHIBIT R**

# Seward County Jail

# Forms Detail Report

## 1365
## Medical Request
Submitted: 11/28/2023 5:31 PM

**Complete**
Processed: 11/29/2023 8:04 AM

### MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
11/28/2023

Please explain your request, include additional information, and describe your symptoms:
Angie the new meds that i was started on dont seem to be helping any,,,can we try something diffrent please and thank you

Explanation Continued

### Responses

it has only been one week. most medication take a few weeks to get into your system and start working. as a former meth user, your body is going to metabolize medication differently and unfortunately, a lot of the issues you complain about having is due to your meth use and abuse.
*Angela Davis @ 11/29/2023 8:04 AM*


**EXHIBIT R**

# Seward County Jail

 

## 992
## Medical Request
Submitted: 11/13/2023 7:00 PM

**Complete**
Processed: 11/14/2023 7:46 AM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
11/14/2023

Please explain your request, include additional information, and describe your symptoms:

Im just concerned that if i should still be taking all the medications such as the pills for the internal bleeding ,,i havent seen any sign in months and dont want to be costing money when its unessasary and taking a chance in harming my liver and kidneys taking pills for such a pro longing period when i was in noway faking any symptoms or pains due to my hep c,,,,thank you and please understand my concerns not only for myself but also costing swso money we can aviod,,,,

Explanation Continued

### Responses

ok. i will add you to the list to be seen
*Angela Davis @ 11/14/2023 7:46 AM*

---



EXHIBIT R

# Seward County Jail

## Forms Detail Report

**984**

**Medical Request**
Submitted: 11/13/2023 1:46 PM

**Complete**
Processed: 11/13/2023 1:48 PM

## MICHAEL RAY SCOTT

Location:  E Pod / Commons
Identifier:  39351
Gender:  Male
Birthdate:  5/27/1974

### Fields

Unit/Cell:
D22

Date your symptoms started:
2/13/2023

Please explain your request, include additional information, and describe your symptoms:

Angie, i have been in here over 324 days now and was wondering if i still need to be taking all the same medication,and i have a very diffacult time sleeping now ,im not sure if its my anxioty from once again being told that i would be out or stress from this enviroment,,thank you

Explanation Continued

### Responses

i can put you down for a medication evaluation with our new provider if that's what you're wanting. let me know
*Angela Davis @ 11/13/2023 1:48 PM*

---



**EXHIBIT R**

# Seward County Jail

## Forms Detail Report

### 136
## Medical Request
Submitted: 9/25/2023 2:08 PM

**Complete**
Processed: 9/25/2023 2:09 PM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D3

Date your symptoms started:
9/25/2023

Please explain your request, include additional information, and describe your symptoms:
Remember that what finn told me to say if had important info,,sorry

### Responses

ok. i will let an officer know.
*Angela Davis @ 9/25/2023 2:09 PM*



**EXHIBIT R**

# Seward County Jail

 

133

## Medical Request
Submitted: 9/25/2023 12:58 PM

**Complete**
Processed: 9/25/2023 1:27 PM

## MICHAEL RAY SCOTT
Location:  E Pod / Commons
Identifier:  39351
Gender:  Male
Birthdate:  5/27/1974

### Fields

Unit/Cell:

D3

Date your symptoms started:
9/25/2023

Please explain your request, include additional information, and describe your symptoms:
I need my gout checked

### Responses

i will add you to the list to be seen by Dr Jabel.
*Angela Davis @ 9/25/2023 1:27 PM*



**EXHIBIT R**

# Seward County Jail

**Forms Detail Report**

5
## Medical Request
Submitted: 9/19/2023 7:54 PM

**Complete**
Processed: 9/20/2023 7:12 AM

## MICHAEL RAY SCOTT
Location: E Pod / Commons
Identifier: 39351
Gender: Male
Birthdate: 5/27/1974

### Fields

Unit/Cell:
D3

Date your symptoms started:
9/19/2023

Please explain your request, include additional information, and describe your symptoms:
i dont get much help ..in here could i please get a pair of boxers.large,socks,and 3x shirt please and thank you ..i have had only one pair for nine months.a lil worn out

### Responses

i do not have any
*Angela Davis @ 9/20/2023 7:12 AM*

---

7/18/2024 2:51 PM


**EXHIBIT R**

Request Form ID: 11027881

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**          **Account#:**          **Housing Unit:**

**MICHAEL RAY SCOTT**  **39351**          **D POD,,,**


**Check ONLY 1**          **:**          **:**


☑ **Medical**          ☐ **Dental**          ☐ **Mental Health**


Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::

09/07/2023 15:00:03

i am having pains that have not let up and seem to be getting worse, my urine is also kind of an odd light darkish color, and the discoloration of my ankles is also getting darker in color and i cant sleep due to the pain in and through my right side, which is same as last times of going to e.r. , but the pains are more continuous also seems i have lack of enegy ,,i sleep not well due to this can i please see the doctor, and im sorry not trying to be a burden, thank you


Seward County Detention Center Medical Treatment Given

::

09/07/2023 03:07:07 PM by Angela Davis Adavis@I302110.KS

i will add you to the list to be seen by Dr Jabel.


Nurses Name:


:

Other Medical Facility Treatment Given

::

**EXHIBIT R**

Doctors Name:

Internal Notes:

EXHIBIT R

Request Form ID: 10860293

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**  **Account#:**  **Housing Unit:**
**MICHAEL RAY SCOTT** 39351  **D POD,,,**

**Check ONLY 1**  :  :

☐ **Medical**  ☐ **Dental**  ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
08/14/2023 11:57:52

may i please be allowed to anti-acid,, please i wont make a habit of asking out of time,,thank you

Seward County Detention Center Medical Treatment Given

::
08/14/2023 01:06:57 PM by Angela Davis Adavis@I302110.KS

i will put them in your PM cup. just make sure to ask for them at the 0800 med line.

Nurses Name:

:

Other Medical Facility Treatment Given

::

**EXHIBIT R**

Doctors Name:

Internal Notes:

.

**EXHIBIT R**

Request Form ID: 10302541

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                    **Account#:**              **Housing Unit:**

**MICHAEL RAY SCOTT  39351**                            **D POD,,,**

**Check ONLY 1**          :                           :

☑ **Medical**          ☐ **Dental**              ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
05/26/2023 09:39:46

angie,,i have not tryed to be bothersome with my deal ,,,,but i feel like in the past six months i have been here my liver stuff has progressavly gotten worse and now most nights ,,,sleeping has become troublesome ,,and some what painful to me,,,can i please maybe get another mat or what is your thoughts,,,and thank you and god bless you for what you have done,,,cause this really is real ,,,i cant put in words what this whole realization of my liver could possibly be permently damaged and the fact it is causing these epasoides ,,,i promise im so done with my old life style,,,thank you

Seward County Detention Center Medical Treatment Given

::
05/30/2023 07:13:18 AM by Angela Davis Adavis@I302110.KS

extra mattresses are at the discretion of the officer, not me.

Nurses Name:

:

**EXHIBIT R**

Other Medical Facility Treatment Given

::

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

EXHIBIT R

Request Form ID: 9925284

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                          **Account#:**                    **Housing Unit:**

**MICHAEL RAY SCOTT  39351**                               **D POD,,,**

**Check ONLY 1**                  :                              :

☐ **Medical**          ☐ **Dental**              ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::

04/01/2023 20:07:11

could you please move the med call i get before breakfest to the one at 9;00 am or so please and thank you

Seward County Detention Center Medical Treatment Given

::

04/03/2023 07:29:47 AM by Angela Davis Adavis@I302110.KS

yes

Nurses Name:

:

Other Medical Facility Treatment Given

::

**EXHIBIT R**

Doctors Name:

Internal Notes:

EXHIBIT R

Request Form ID: 9892484

.

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                    **Account#:**              **Housing Unit:**

**MICHAEL RAY SCOTT**   **39351**                 **D POD,,,**

**Check ONLY 1**              :                        :

☐ **Medical**          ☐ **Dental**          ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
03/28/2023 09:54:14

angie,,,,look you heard what the doctor told me we all know im not faking ,,,,please angie im serious about changing my life ,,, almost dieing truly has changed me and im so serious bout getting my health back which you heard him say this is best for me cause my native american rights ,,,please speak for me and everything i have helped them and i have more important things for grant ,,and here please angie help me

Seward County Detention Center Medical Treatment Given

::
03/28/2023 12:44:27 PM by Angela Davis Adavis@I302110.KS

.

Nurses Name:

:

Other Medical Facility Treatment Given

**EXHIBIT R**

::

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

**EXHIBIT R**

Request Form ID: 9807444

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                    **Account#:**              **Housing Unit:**

**MICHAEL RAY SCOTT  39351**                           **D POD,,,**


**Check ONLY 1**            :                          :


☐ **Medical**              ☐ **Dental**               ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::

03/16/2023 08:59:14

they was kinda on me last time ,,,,but you could say u seen them on camera cause they had it in day rooom yesterday,,,,and the mop bucket u can see where they cut it with nylon string to get the bolt,,,okay but surly between this and everything i have given dectectives the map and places can we please do something now im better no pain chest but ppl are stil getting this bad shit nd im only one can get to it I,plus i have gottten u something in every pod and nothing in return now please


Seward County Detention Center Medical Treatment Given

::

03/16/2023 01:42:52 PM by Jennifer Hernandez Jhernan@I302110.KS

Thank you for the information


Nurses Name:

Lieutenant Hernandez


:

Other Medical Facility Treatment Given

**EXHIBIT R**

::

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

**EXHIBIT R**

Request Form ID: 9737995

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                        **Account#:**                **Housing Unit:**

**MICHAEL RAY SCOTT**  **39351**                    **D POD,,,**

**Check ONLY 1**              :                              :

☑ **Medical**              ☐ **Dental**              ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
03/06/2023 09:34:07

is there any way i could please trade this mattress for a better or maybe be another due to my medical condition ,,,,it hurts to lay on this one in that postion cant sleep at night please

Seward County Detention Center Medical Treatment Given

::
03/06/2023 10:43:44 AM by Angela Davis Adavis@I302110.KS

yes

Nurses Name:

:

Other Medical Facility Treatment Given

**EXHIBIT R**

::

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

**EXHIBIT R**

Request Form ID: 9713155

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

| | | |
|---|---|---|
| **Name:** | **Account#:** | **Housing Unit:** |
| **MICHAEL RAY SCOTT** | **39351** | **D POD,,,** |

**Check ONLY 1**      :                    :

☑ **Medical**          ☐ **Dental**          ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
03/02/2023 09:34:57

Angie,,,,im sorry but as you know i have 4 of these chronic effects of this and although my pain from the chest compressions has gotten somewhat better,,,i can still feel this adomenly,,,,and we all know now im not faking my symptoms,,,if i dont get medical attention for this matter immediatly my liver could quit even the doctor said this is very serious matter ,,,,i realise this mediine is alot money but my cherokee nation will pay for my treatment....angie this has changed my whole life my out look and everything please you can help me i dont want to die in here and its far enough advanced that it could shut down like Dr. Mitchell said it was and this why i am going through now ,,,,please this is my life

Seward County Detention Center Medical Treatment Given

::
03/02/2023 10:12:58 AM by Angela Davis Adavis@I302110.KS

i have contacted the provider that is covering for Dr Jabel to assist in this matter.

Nurses Name:

:

**EXHIBIT R**

Other Medical Facility Treatment Given

::

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

**EXHIBIT R**

Request Form ID: 9692778

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                     **Account#:**              **Housing Unit:**
**MICHAEL RAY SCOTT** **39351**                     **D POD,,,**


**Check ONLY 1**              :                         :


☑ **Medical**           ☐ **Dental**          ☐ **Mental Health**


Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
02/27/2023 14:19:22

i need my gout,,,,,,okay i got more dope but this time we have be careful and i really want something this time please cause now i burn all my brigdes ....so dont come right in and please i need something also this time please ....


Seward County Detention Center Medical Treatment Given

::
02/27/2023 02:24:52 PM by Angela Davis Adavis@I302110.KS

Fenn knows about your gout.


Nurses Name:


:

Other Medical Facility Treatment Given

**EXHIBIT R**

::

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

**EXHIBIT R**

Request Form ID: 9685582

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                          **Account#:**                          **Housing Unit:**

**MICHAEL RAY SCOTT  39351**                          **D POD,,,**


**Check ONLY 1**                          **:**                          **:**


☑  **Medical**                          ☐  **Dental**                          ☐  **Mental Health**


Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
02/26/2023 14:23:06

angie.,,, i appriciate what u have done and helped me with,,,i havent brought up crime knowing u and please nobody can know what im doing,,,,please help me get this medical release so i can make things lil bettter for many ppl ,,,,please angie help me


Seward County Detention Center Medical Treatment Given

::
02/27/2023 07:37:22 AM by Angela Davis Adavis@I302110.KS

i spoke with Fred on Friday. he is aware that you want to speak with him more.


Nurses Name:


:

Other Medical Facility Treatment Given

**EXHIBIT R**

::

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

**EXHIBIT R**

Request Form ID: 9685562

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                              **Account#:**                    **Housing Unit:**

**MICHAEL RAY SCOTT**   **39351**                        **D POD,,,**

**Check ONLY 1**                    :                              :

☑ **Medical**              ☐ **Dental**                  ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
02/26/2023 14:19:33

i need my gout looked at

Seward County Detention Center Medical Treatment Given

::
02/27/2023 07:35:40 AM by Angela Davis Adavis@I302110.KS

when Dr returns i can get you into see him for some allopurinol.

Nurses Name:

:

Other Medical Facility Treatment Given

::

**EXHIBIT R**

**EXHIBIT R**

Doctors Name:

Internal Notes:

Request Form ID: 9678512

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                    **Account#:**                **Housing Unit:**

**MICHAEL RAY SCOTT  39351**                          **D POD,,,**

**Check ONLY 1**                  **:**                        **:**

☑ **Medical**          ☐ **Dental**          ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
02/25/2023 09:31:01

I NEED 2 mats please

Seward County Detention Center Medical Treatment Given

::
02/27/2023 07:32:41 AM by Angela Davis Adavis@I302110.KS

i will speak with Fenn and see if i'm allowed to give 2

Nurses Name:

:

Other Medical Facility Treatment Given

::

**EXHIBIT R**

Doctors Name:

Internal Notes:

**EXHIBIT R**

Request Form ID: 9569205

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name:**                          **Account#:**                    **Housing Unit:**
**MICHAEL RAY SCOTT**  39351                            **A POD,,,**

**Check ONLY 1**                   :                                :

☐ **Medical**          ☐ **Dental**          ☐ **Mental Health**

Entries containing any obscene Language and/or Sexual Content, will not be answered.

NATURE OF COMPLAINT / INJURY

::
02/09/2023 14:47:45

i know u said i was on list ,,but i am worried bout infection ,i pulled one tooth and have 2 more in need,,i been using peroxide,,, and am still have those sharp pains in stomach and through right side.,,,sorry not trying to be a burden......thank you

Seward County Detention Center Medical Treatment Given

::
02/09/2023 03:08:18 PM by Angela Davis Adavis@I302110.KS

i still have you on the list to see the dentist. unfortunately, i don't have any control over their schedule and how soon we can get ir

Nurses Name:

:

Other Medical Facility Treatment Given

::

**EXHIBIT R**

_____

_____

Doctors Name:

_____

Internal Notes:

_____

_____

**EXHIBIT R**

| Inmate Form | Progression |

✉ 🖶

# SEWARD COUNTY SHERIFFS OFFICE

## Inmate Medical Form

**Name**

MICHAEL RAY SCOTT

## Check ONLY 1

☐ Medical

**Account#**

39351

: 👁

☐ Dental

**Housing Unit**

B POD,,,

: 👁

☐ Mental Health

**Entries containing any obscene Language and/or Sexual Content, will not be answered.**

**NATURE OF COMPLAINT / INJURY**

**EXHIBIT R**

:

> 01/28/2023 14:46:13
> yes,im not sure if i have a spider bite,,on the top part of my right ear ,,and its kinda painful and fluid,,,,and also my bottom teeth ,,,,half lose and they all i have left maam,,,,please and thank you

**Seward County Detention Center Medical Treatment Given**

:

> 01/30/2023 11:07:54 AM by Angela Davis Adavis@I302110.KS
> i came to medline this morning. you did not come down.
>
> i will add you to the dentist list, but it will be a few months before you are seen. there are many inmates ahead of you on the list.

**Nurses Name**

: 👁̸

**Other Medical Facility Treatment Given**

:

**Doctors Name**

**Internal Notes** 👁̸

Form Details    Inmate Details

**Processor**

Angela Davis (Adavis@I302110.KS)    ▼

**Status**

Actively Accepted    ▼

Form Details

**EXHIBIT R**

Submitted Form ID:                2517

Form Request ID:                  9484248

Form Name:                        Inmate Medical Request

Date Submitted:                   01-28-2023 02:46 PM CST

Current Work Queue:               Inmate

Escalation Level:                 1

Time in Status:                   0d 0h

Terminal Group:                   B Pod

Terminal:                         B-POD_T19603

Days with Inmate:                 0d 2h

Days with Facility:               1d 20h

**EXHIBIT R**