**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MICHAEL RAY SCOTT,

        Plaintiff,

vs.

        Case No. 5:24-cv-03095

GENE WARD and ANGIE DAVIS,

        Defendant.

**DEFENDANT ANGIE DAVIS'
RENEWED MOTION TO DISMISS**

COMES NOW Defendant, Angie Davis, by and through her undersigned counsel of record, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves to dismiss Plaintiff's Amended Complaint (Doc. 69) with prejudice for failure to state a claim upon which relief may be granted.

Defendant incorporates as if fully set forth herein her Memorandum in Support which is contemporaneously filed herewith.

WHEREFORE, Defendant respectfully requests this Court for an order Dismissing Plaintiff's Amended Complaint, for Defendant's costs and attorney's fees, and for such other and further relief as this Court deems fair and appropriate.

        Respectfully submitted,

        **FISHER, PATTERSON, SAYLER & SMITH, LLP**

        /s/ Christopher L. Heigele

        Christopher L. Heigele    KBN 18036
        9393 W. 110th, Suite 300
        Corporate Woods, Bldg. 51
        Overland Park, KS 66210
        Telephone: (913) 339-6757
        Facsimile: (913) 660-7919
        cheigele@fpsslaw.com

ATTORNEY FOR DEFENDANT ANGIE DAVIS

## **CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing was filed with the Court through its electronic filing system on September 18, 2025, with a copy sent to:

Via US Mail:

Michael Ray Scott, #78080
LANSING CORRECTIONAL FACILITY
PO Box 2
Lansing, KS 66043-0002
KDOC_court_file_lcf@ks.gov

Plaintiff Pro Se

Via Electronic mail:

Michelle R. Stewart  #19260
Mayda Stallbaumer #30002
HINKLE LAW FIRM LLC
8711 Penrose Lane, Suite 400
Lenexa, KS 66219
Telephone:  (913) 345-9205
Facsimile:   (913) 345-4832
mstewart@hinklaw.com
mstallbaumer@hinklaw.com

Attorney for Defendant Ward


/s/ Christopher L. Heigele
Attorneys for Defendants

2